BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No. _____<br><br>MOTION OF PLAINITFF FOR TRANSFER OF ACTIONS TO THE DISTRICT OF MINNESOTA PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS<br><br>ORAL ARGUMENT REQUESTED |

Plaintiff William Lichlyter (Plaintiff in *William Lichlyter v. 3M Company and Arizant Healthcare, Inc.,* No. 15-cv-3139-JNE/FLN, D. Minnesota) respectfully moves this Panel, pursuant to 28 U.S.C. § 1407, to issue an order transferring Bair Hugger® forced air warming cases to the District of Minnesota for coordinated or consolidated pretrial proceedings.  The list of known Bair Hugger® cases is included in the Schedule of Actions filed concurrently herewith.

Plaintiff requests oral argument.

Respectfully submitted,

Dated:  August 21, 2015

/s/ Genevieve M. Zimmerman
Anthony J. Nemo (MN #221351)
Genevieve M. Zimmerman (MN #330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax:    (612) 339-9188

Plaintiff's Motion to Transfer Actions Pursuant to 28 U.S.C. § 1407

        Email: tnemo@meshbesher.com
             gzimmerman@meshbesher.com

<u>/s/ Ben W. Gordon, Jr.</u>
Ben W. Gordon (FL. #882836)
LEVIN PAPANTONIO, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090
Email: bgordon@levinlaw.com

***Counsel for Plaintiffs William Lichlyter; Brenda Naylor; Gerald Nottingham; Renny Schachmann; Tawas Reed; Barbara Libby; Constance Grushesky; Michael Williams; and Peter Rosten***