**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) )     MDL Docket No. 2666 |

**PROOF OF SERVICE**

I HEREBY CERTIFY that on this 8th day of September, 2015, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Panel by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Lori G. Cohen
Lori G. Cohen
GREENBERG TRAURIG LLP
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA 30305
(678) 553-2386
cohenl@gtlaw.com

*Attorney for 3M Company and
Arizant Healthcare, Inc.*

ATL 20838684v1